# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA, | Case No. 16 - 148 (JAF) |
| Plaintiff, | |
| v. | |
| ALBERTO CABRERO-CABRERA, | |
| Defendant. | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQENDUM

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, and moves for issuance of a Writ of Habeas Corpus Ad Proseqendum in the above-captioned case for witness, and in support thereof, alleges and prays:

1. That Alberto Cabrero-Cabrera, is presently under the custody of Institución de Correccion de Las Cucharas Ponce 676, Ponce, Puerto Rico.

2. It is necessary that Alberto Cabrero-Cabrera, be produced in this district for prosecution of local federal authorities.

3. WHEREFORE, the United States of America prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum to the Institucion de Corrección de Las Cucharas Ponce 676, Ponce, Puerto Rico, US Marshals' Officers, ordering said Warden to release defendant to the custody of the US Marshals' Officers to bring him before this District for prosecution.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 9th day of March 2016.

ROSA EMILIA RODRÍGUEZ-VÉLEZ
United States Attorney

s/Vanessa Bonhomme
Vanessa Bonhomme
USDC-PR No. G01817
Assistant U.S. Attorney
Torre Chardón, Suite 1201
350 Carlos Chardón Street
Hato Rey, P.R.   00918
Tel. 787-766-5656

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/Vanessa Bonhomme
Vanessa Bonhomme
USDC-PR No. G01817
Assistant U.S. Attorney