# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff,<br>            v.<br><br>ALBERTO CABRERO-CABRERA<br>  Defendant. | Criminal no. 17-034 (DRD)<br>16-148 (JAG) |

**Motion to Continue Sentencing Hearing**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Alberto Cabrero-Cabrera, and respectfully states and prays as follows:

1. Since Chief Judge Gelpi's Order (Docket 13, 20-mc-0088), the undersigned has had two conversations with Mr. Cabrero-Cabrera, who is detained at MDC-Guaynabo. During both conversations, the Mr. Cabrero-Cabrera expressed his desire to be sentenced in person by the Honorable Court.

2. On May 15, 2020, the Court scheduled Mr. Cabrero-Cabrera's sentencing hearing for May 21, 2020. The undersigned has notified MDC-Guaynabo and has requested an emergency call with Mr. Cabrero-Cabrera is awaiting a response.

3. It is necessary to discuss this matter again with Mr. Cabrero-Cabrera to secure all the necessary waivers that he must consent prior to the sentencing hearing.

4. The undersigned will promptly file an informative motion regarding Mr. Cabrero-Cabrera's current position regarding a VTC hearing and his sentencing hearing.

**WHEREFORE**, it is respectfully requested that the Court take note of the current information and allows for Mr. Cabrero Cabrera to inform the Court via motion as to his Sentencing Hearing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18th day of May 2020.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com